FILED
FEB 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRANCISCO JAVIER GARCIA-MARQUEZ,<br>Defendant. | Criminal Case No. 08CR379-IEG<br>I N F O R M A T I O N<br>Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |

The United States Attorney charges:

On or about January 15, 2008, within the Southern District of California, defendant FRANCISCO JAVIER GARCIA-MARQUEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that his name was Francisco Javier Garcia-Mares, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious

//

//

//

//

WDK:mg:San Diego
2/4/08

and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: February 14, 2008.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney