AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| FRANCISCO JAVIER GARCIA-MARQUEZ | CASE NUMBER: 08CP374-IEG |

I, <u>FRANCISCO JAVIER GARCIA-MARQUEZ</u>, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2-14-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Francisco J. Garcia_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER